Henry Management, LLC
320 Roebling St. Ste 518
Brooklyn, NY 11211

# Invoice

**Date:**
7/30/2010

**Bill To:**
287 Franklin AVE

| Description | Amount |
|---|---|
| Management fee | $300.00 |
| goro | $50.00 |
| **Total** | **$350.00** |